**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| YAMILETH PAOLA GARCIA RUJANO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | ) | Case No. CIV-26-01190-JD |

**ORDER**

The Court notes and confirms through the Online Detainee Locator System that Petitioner is no longer held in custody of Immigration and Customs Enforcement. *See* ICE Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last accessed June 25, 2026) (showing via Petitioner's A-number and citizenship/nationality that Petitioner is not currently in ICE custody); *Winzler v. Toyota Motor Sales U.S.A., Inc.*, 681 F.3d 1208, 1213 (10th Cir. 2012) ("The contents of an administrative agency's publicly available files . . . traditionally qualify for judicial notice . . . .").

In the absence of custody, there can be no unlawful custody to which a writ may be directed. This action is moot.

The Court DISMISSES the Amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 7] without prejudice. The Court further DENIES all other pending motions as moot. *See* [Doc. Nos. 9, 11, 12, 18].[1]

[1] Petitioner's other filings, to whatever extent they request relief, are also denied as moot. *See* [Doc. Nos. 8, 10, 13, 14, 17].

A separate judgment will follow.

IT IS SO ORDERED this 25th day of June 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE